1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDERS TRON-HAUKEBO, a/k/a MARK ANDERS TRONSEN,

                Plaintiff,

   v.

THE STATE OF WASHINGTON, et al.,

                Defendants.

CASE NO. 2:24-CV-01935-JCC

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

      Plaintiff's application to proceed in forma pauperis (Dkt. 5) is **GRANTED** under 28 U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

      The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

      DATED this 12th day of December, 2024.

                                                             _____
                                                            BRIAN A. TSUCHIDA
                                                            United States Magistrate Judge